IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GOMEZ T. COOK,

    Petitioner,

v.                              Case No. 1:17cv164-MW/EMT

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 20, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 21. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The Respondent's motion to dismiss, ECF No. 17, is **GRANTED**. Petitioner's § 2254 petition, ECF No. 1, is **DISMISSED** for lack of jurisdiction pursuant to 28 U.S.C. §

1

2244(b).  A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on August 2, 2018.**

                                        <u>**s/Mark E. Walker**</u>              
                                        **United States District Judge**